# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2417 Disciplinary Docket No. 3
:
Petitioner : No. 4 DB 2018
:
v. : Attorney Registration No. 23693
:
JOSEPH P. MAHER, : (Lehigh County)
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2019, upon consideration of the Report and Recommendations of the Disciplinary Board, Joseph P. Maher is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all of the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).